JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

11/4/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONG JA KIM, | ) | Case No. CV 19-5285 FMO (JEMx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| REGGIE'S ENTERPRISES, INC., | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the above-captioned case is **dismissed without prejudice**.

Dated this 4th day of November, 2019.

/s/
_____
Fernando M. Olguin
United States District Judge